## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## OWENSBORO DIVISION

| | |
|---|---|
| JOAQUIN EDUARDO HERNANDEZ LAGUNES<br><br>    Petitioner,<br><br>v.<br><br>SAMUEL OLSON, Field Office Director, Chicago Field Office, Immigration and Customs Enforcement, in his official capacity;<br><br>KRISTI NOEM, Secretary, U.S. Department of Homeland Security, in her official capacity;<br><br>PAMELA BONDI, U.S. Attorney General, in her official capacity;<br><br>TODD M. LYONS, Acting Director of U.S. Immigration and Customs Enforcement, in his official capacity;<br><br>MIKE LEWIS, JAILER OF THE HOPKINS COUNTY JAIL, in his official capacity,<br><br>    Respondents | Case No. 4:26-CV-00168-GNS |

## ORDER

This matter is before the Court on the Joint Status Report filed by Petitioner, JOAQUIN EDUARDO HERNANDEZ LAGUNES, and Federal Respondents, SAMUEL OLSON, KRISTI NOEM, PAMELA BONDI, and TODD M. LYONS.

Petitioner and Federal Respondents have advised the Court that they do not seek a hearing and jointly request that the Petition for a Writ of Habeas Corpus, (the Petition), be resolved on the on the papers.

Accordingly, **IT IS ORDERED**:

1. The hearing scheduled for March 30, 2026, at 2:30PM CT, is hereby vacated.

2. The Court will decide the Petition on the papers in accordance with the existing briefing schedule.

**SO ORDERED**.

Dated: March 23, 2026

Greg N. Stivers, Judge
United States District Court

Distribution: All counsel of record.